# Court of Appeals
## Tenth Appellate District of Texas

10-25-00399-CV

National Collegiate Athletic Association,
Appellant

v.

Rashaun Agee,
Appellee

On appeal from the
472nd District Court of Brazos County, Texas
Judge G. Jerrell Wise, presiding
Trial Court Cause No. 25-002737-CV-472

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellant National Collegiate Athletic Association ("NCAA") challenges a temporary injunction issued in favor of Appellee Rashaun Agee ("Mr. Agee") on his claims against the NCAA. Mr. Agee filed a nonsuit with prejudice on April 21, 2026, dismissing every claim against the NCAA on the merits. The NCAA asserted no affirmative claims for relief. Mr. Agee filed his Motion to Dismiss Appeal as Moot on April 21, 2026, which the NCAA opposed.

A nonsuit "extinguishes a case or controversy from the moment the motion is filed or an oral motion is made in open court; the only requirement is the mere filing of the motion with the clerk of the court." *Travelers Ins.*, 315 S.W.3d at 862 (quoting *Univ. of Tex. Med. Branch at Galveston v. Estate of Blackmon ex rel. Shultz*, 195 S.W.3d 98, 100 (Tex. 2006) (per curiam)). We hold that the nonsuit moots NCAA's appeal challenging the injunction granted to Mr. Agee, and we therefore dismiss the NCAA's appeal as moot. Rashaun Agee's Motion to Dismiss Appeal as Moot is granted.

_____
LEE HARRIS
Justice

OPINION DELIVERED and FILED: June 25, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Dismissed
Motion granted
CV06

